# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ALEXIS COUSINO, *et al.*, | Case No.: 2:22-cv-11619-VAR-KGA |
| Plaintiffs, | Hon. Shalina D. Kumar |
| v. | **NOTICE OF PLAINTIFFS' RESPONSE TO FIFTH MOTION TO CONSOLIDATE CASE** |
| FLAGSTAR BANK, FSB, | |
| Defendant. | |

On July 21, 2022, non-party Philip Angus filed his Fifth Motion to Consolidate Cases ("Motion to Consolidate") in *Angus v. Flagstar Bank, FSB*, Case No. 4:22-cv-11385-SDK-KGA (the "*Angus* Action"). The Motion to Consolidate requests consolidation of this action with the *Angus* Action. Plaintiffs' response thereto, filed on August 4, 2022, is attached at Exhibit 1.

Dated: August 4, 2022

Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph H. Meltzer
Melissa L. Troutner
Ethan J. Barlieb
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com
ebarlieb@ktmc.com

Gretchen Freeman Cappio (P84390)
Ryan P. McDevitt (P84389)
Sydney Read
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
sread@kellerrohrback.com

*Attorneys for Plaintiffs Alexis and George Cousino*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

>           */s/ E. Powell Miller*
>           E. Powell Miller